| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2011** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Jones, Steve C. | 2. Court or Organization United States District Court, Northern District of Georgia | 3. Date of Report 04/20/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 1967 United States Courthouse 75 Spring Street, S.W. Atlanta, Georgia 30303-3309 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | University of Georgia Alumni Association |
| 2. | Board Member, ex officio | University of Georgia Board of Visitors |
| 3. | Board Member, ex officio | University of Georgia Athletic Board |
| 4. | Board Member, ex officio | University of Georgia Foundation |
| 5. | Director | Athens Academy |
| 6. | Director | Athens Area Community Foundation |
| 7. | Member, Board of Visitors | Riverside Military Academy |
| 8. | First Vice-President, Board of Directors | UGA Chapter of the National Football Foundation, College Hall of Fame |
| 9. | Superior Court Judge (until March 2, 2011) | State of Georgia/Superior Courts of Georgia |
| 10. | Superior Court Judge (until March 2, 2011) | Unified Government of Athens-Clarke County, Georgia |
| 11. | Superior Court Judge (until March 2, 2011) | Oconee County Government, Georgia |
| 12. | Director (until March 4, 2011) | Athens First Bank & Trust |
| 13. | Director (until April 5, 2011) | Bread for Life |
| 14. | Member, Board of Trustees (until April 5, 2011) | Piedmont College |
| 15. | Director (until April 5, 2011) | Hope Haven |
| 16. | Advisor (until April 5, 2011) | UGAHEROs |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Steve C.** | 04/20/2012 |

17. Advisor (until April 5, 2011)         Mercy Health Clinic

18. Advisor/Co-moderator (until March 2011)         Athens Banner-Herald Community Advisory Board

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Steve C. Jones & Georgia Judicial Retirement Systems, pension upon age 60 and minimum of 10 years of service |
| 2. 1978 | Steve C. Jones & Unified Government of Athens-Clarke County, GA, pension upon retirement at age 62 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 04/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | Athens First Bank & Trust Co. (director fees received prior to federal appointment on March 4, 2011) | $2,008.00 |
| 2. 2011 | Superior Courts of Georgia (salary earned prior to March 4, 2011) | $17,346.00 |
| 3. 2011 | Unified Government of Athens-Clarke County (Sup. Ct. salary supplement earned prior to March 4, 2011) | $3,894.00 |
| 4. 2011 | Oconee County Government (Sup. Ct. salary supplement earned prior to March 4, 2011) | $2,169.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | self-employed seamstress |
| 2. 2011 | Clarke County School District -- compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UGA Athletic Association, Inc. | 12/30/2011 - 1/3/2012 | Tampa, FL | UGA Alumni President and Athletic Association Board Member duties at Outback Bowl | transportation, meals, and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 04/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | mortgage on rental property #1 (Athens, GA, Part VII, line 1) | L |
| 2. | Wells Fargo | mortgage on rental property #2 (Athens, GA, Part VII, line 2) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1, Athens, GA | D | Rent | M | W | | | | | |
| 2. rental property #2, Athens, GA | D | Rent | L | W | | | | | |
| 3. rental property # 3, Compton, CA | D | Rent | M | W | | | | | |
| 4. Athens First IRA (cd holdings) | A | Interest | J | T | | | | | |
| 5. Total Systems Services -- common stock | A | Dividend | J | T | | | | | |
| 6. Synovus Financial Corp. -- common stock | A | Dividend | J | T | | | | | |
| 7. Commercial Bank -- CD | A | Int./Div. | J | T | | | | | |
| 8. Ga. Peach State Reserves 457 plan-100% ING Stable Value Fund | A | Interest | | | Closed | 05/17/11 | | | |
| 9. IRA #1 | E | Interest | M | T | | | | | |
| 10. -VALIC Stock Index Fund (VSTIX) | | | | | | | | | |
| 11. -Vanguard Windsor II (VWNFX) | | | | | | | | | |
| 12. -VALIC Mid Cap Index Fund (VMIDX) | | | | | | | | | |
| 13. -VALIC Small Cap Value Fund (VCSVX) | | | | | | | | | |
| 14. -VALIC Int'l Equities Fund (VCIEX) | | | | | | | | | |
| 15. -VALIC Int'l Small Cap Equity Fund (VISEX) | | | | | | | | | |
| 16. -VALIC Fixed Account Plus | | | | | | | | | |
| 17. -Vanguard LT Inv. Grade Fund (VWESX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Specialty (Science & Technology Fund) (X) | | | | | | | | | |
| 19. Athens First Bank & Trust account (Y) | | | | | | | | | |
| 20. Clarke Co. Bd. of Ed. 457 Plan-100% Fixed Account Plus Fund | A | Interest | M | T | | | | | |
| 21. ING ReliaStar - Annuity | B | Interest | K | T | | | | | |
| 22. Invesco Large Cap Growth Fund | | None | | | Closed | 05/20/11 | | | |
| 23. Invesco Van Kampen American Franchise Fund (X) | A | Dividend | J | T | Open | 05/20/11 | | | |
| 24. IRA #2 (X) | A | Interest | M | T | Open | 05/27/11 | | | |
| 25. -Invesco - convertible securties (X) | | | | | | | | | |
| 26. -BlackRock Strategic, Inc. (X) | | | | | | | | | |
| 27. -CIT Group, Inc. (X) | | | | | | | | | |
| 28. -Fidelity Advisor Strategic, Inc. (X) | | | | | | | | | |
| 29. -Fidelity Cash Reserves (X) | | | | | | | | | |
| 30. -Ford Motor Credit Co. (X) | | | | | | | | | |
| 31. -Gov't Nat'l Mtg. Pool (X) | | | | | | | | | |
| 32. -Synovus Finl. Corp. (X) | | | | | | | | | |
| 33. -Bank Amer Corp SR INTNOTES BE (X) | | None | | | Buy | 6/23/11 | K | | |
| 34. | | None | | | Sold | 06/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 04/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amended Reports have been filed to update Part I, line 8 (positions), Part II, line 1 (pension agreement), and Part III, lines 2-4 (non-investment income). The following position has been added to Part I, line 8: first vice-president of the UGA Chapter of the National Football Foundation, College Hall of Fame. In regard to Part II, line 1 (pension agreement), the minimum years of service has been changed from sixteen (16) to ten (10). The changes to Parts I and II are also applicable as to Parts I and II of the nomination report, dated January 5, 2011. In regard to Part III, lines 2-4 (non-investment income), additional language has been added to provide clarification.

Additional information is as follows:

Part I. (positions). I am no longer serving on the boards and/or affiliated with the entities listed in numbers 9-17. The date of my separation from each entity is shown next to the entry. For each of the board positions that I presently hold (entries 1-8), I have no control over the investment assets of the organization and my duties on the boards do not involve fundraising.

Part III. A. 1. (non-investment income). The Athens First Bank & Trust director fees were received prior to my becoming a federal judge. I provided written notice of my resignation from the Board of Directors for Athens First Bank & Trust on March 4, 2011.

Part VIII (investments), Lines 8 and 24. The Peach State Reserves account/fund (line 8) was closed on May 17, 2011. The funds (formerly held in the Peach State Reserves account) were transferred on May 27, 2011 to IRA #2 listed in Line 24. There was no consideration paid or received (nor income gained) at the closing of the Peach State Reserves account/fund and the opening of IRA #2. It was merely a transfer of funds from one entity/account to another. Accordingly, the value/gain codes in columns D(3) & (4) have been left blank.

Lines 22 and 23. The Invesco Large Cap Growth Fund was reorganized by the fund administrator into the Invesco Van Kampen American Franchise Fund. There was no consideration paid or received (nor income gained) at the time of the reorganization. Accordingly, the value/gain codes in columns D(3) & (4) have been left blank.

Lines 33 and 34. Column D4 has been left blank as the stated purchase and sale was at a loss.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 04/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Steve C. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544